# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LUIS E. ALVAREZ and INGRID N. ALVAREZ

§
§
§
§

Case No. 11-09032
Chapter 7

Hon. JACQUELINE P. COX

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 09/21/2011 in Courtroom 619, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LUIS E. ALVAREZ and § Case No. 11-09032
INGRID N. ALVAREZ § Chapter 7
§
§ Hon. JACQUELINE P. COX
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $16,188.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $16,188.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,188.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,368.80 | $0.00 | $2,368.80 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $20.86 | $0.00 | $20.86 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,620.00 | $0.00 | $1,620.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,* <u>U.S. Bankruptcy Court</u>

*Fees,* <u>United States Trustee</u>

    Other

    Total to be paid for chapter 7 administrative expenses:     $4,009.66
    Remaining balance:     $12,178.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for    , Fees* | | | |
| *Attorney for    , Expenses* | | | |
| *Accountant for    , Fees* | | | |
| *Accountant for    , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses:     $0.00
    Remaining balance:     $12,178.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling     $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $12,178.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $264,940.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank, N.A. | $20,136.29 | $0.00 | $925.59 |
| 2 | Chase Bank USA, N.A. | $5,237.35 | $0.00 | $240.74 |
| 3 | Chase Bank USA, N.A. | $101.00 | $0.00 | $4.65 |
| 4 | Chase Bank USA, N.A. | $2,144.82 | $0.00 | $98.59 |
| 5 | Chase Bank USA, N.A. | $4,424.49 | $0.00 | $203.38 |
| 6 | Chase Bank USA, N.A. | $7,195.10 | $0.00 | $330.73 |
| 7 | FIA Card Services, successor to Bank of America and MBNA | $5,967.88 | $0.00 | $274.32 |
| 8 | FIA Card Services, successor to Bank of America and MBNA | $13,258.11 | $0.00 | $609.43 |
| 9 | Bayview Loan Servicing | $206,475.37 | $0.00 | $9,490.91 |

Total to be paid for timely general unsecured claims: $12,178.34
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling  $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

UST Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 ___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                            Case No. 11-09032-JPC
Luis E Alvarez                                                    Chapter 7
Ingrid N Alvarez
       Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan            Page 1 of 2          Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
```
db/jdb         Luis E Alvarez,    Ingrid N Alvarez,    1696 Lunt Avenue,    Des Plaines, IL 60018-3837
aty           Glenn Betancourt,    Rogoff & Betancourt, P.C.,    2720 South Des Plaines River Road,   Suite 150,
                Des Plaines, IL 60018
tr            +Allan J DeMars,    Spiegel & DeMars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16913186      +Alfredo's Landscaping,    2235 Webster Lane,   Des Plaines, IL 60018-2726
16913187      +American Home Mtg Svci,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
16913189      +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16913190       Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
17517873      +Bayview Loan Servicing,LLC(as loan,    servicer for Harris Bank,NA.,successor,
                to Amcore Bank)c/o Colleen E. McManus,    Carlson Dash LLC,   216 S. Jefferson - Suite 504,
                Chicago, IL 60661-5698
16913192      +Bk Of Amer,    Po Box 17054,   Wilmington, DE 19850-7054
16913197     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Chase,    Po Box 1093,   Northridge, CA 91328)
16913193       Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
16913199      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16913198      +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
17244738       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16913203       City of Chgo. Dpmt. of Water Mgmt.,    Bur. of Billing & Customer Service,    PO Box 6330,
                Chicago, IL 60680-6330
16913204       Codilis & Assoc., P.C.,    for US Bank National Association,   15W30 North Frontage Road,
                Burr Ridge, IL 60527
16913205       Commerce Bank,   PO Box 806000,    Kansas City, MO 64180-6000
17493823       FIA Card Services,N.A. as successor,    in interest to Bank of America,N.A.(USA),
                and MBNA America Bank, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
16913206       MACY'S,   PO Box 689195,    Des Moines, IA 50368-9195
16913207      +Mcydsnb,   9111 Duke Blvd.,    Mason, OH 45040-8999
16913208      +Much Shelist, et al, P.C.,    for Amcore Bank, NA,   191 N. Wacker Drive, Ste. 1800,
                Chicago, IL 60606-1631
16913210      +Peoples Engy,    130 E Randolph,   Chicago, IL 60601-6302
16913212      +Us Bk Hm Mtg,    777 E Wisconsin,   Milwaukee, WI 53202-5370
16913213       Wow Internet,    P.O. Box 5715,   Carol Stream, IL 60197-5715
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16913202       E-mail/Text: BK.Notifications@jpmchase.com Aug 27 2011 07:48:47     Chase,   P.O. Box 78067,
                Phoenix, AZ 85062-8067
17196902       E-mail/Text: bankruptcy@commercebank.com Aug 27 2011 07:48:51     Commerce Bank,   P O BOX 419248,
                KCREC-10,   Kansas City, MO 64141-6248
16913209      +E-mail/Text: bankrup@nicor.com Aug 27 2011 07:48:47     Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17552203       Bayview Loan Servicing, LLC (for Harris Bank),   c/o Colleen E. McManus,   Carlson Dash LLC,
                216 S. Jefferson, Suite 504, Chicago, IL
aty*          +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16913188*     +American Home Mtg Svci,    1525 S. Belt Line Rd.,   Coppell, TX 75019-4913
16913194*      Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
16913195*      Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
16913196*      Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
16913201*     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
16913200*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16913211*     +Peoples Engy,    130 E Randolph,   Chicago, IL 60601-6302
16913191     ##Bank of America,    P.O. Box 37279,   Baltimore, MD 21297-3279
                                                                                  TOTALS: 1, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan            Page 2 of 2            Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**　　　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_